**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-442-820**
Effective Date of Registration: November 07, 2024
Registration Decision Date: April 24, 2025

---

### Title

| | |
|---|---|
| Title of Work: | Book Photo 1 |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2022 |
| Date of 1st Publication: | February 03, 2022 |
| Nation of 1st Publication: | United States |

### Author

| | |
|---|---|
| Author: | Tyrone Acierto |
| Author Created: | photograph |
| Citizen of: | United States |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Tyrone Acierto |
| | 6313 W Montrose Ave, Chicago, IL, 60634, United States |

### Certification

| | |
|---|---|
| Name: | Daniel Lachman |
| Date: | November 07, 2024 |

| | |
|---|---|
| Copyright Office notes: | Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102(a), and 113. |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-442-821**
Effective Date of Registration:
November 07, 2024
Registration Decision Date:
April 24, 2025

## Title

- **Title of Work:** Book Photo 2

## Completion/Publication

- **Year of Completion:** 2022
- **Date of 1st Publication:** February 03, 2022
- **Nation of 1st Publication:** United States

## Author

- **Author:** Tyrone Acierto
- **Author Created:** photograph
- **Citizen of:** United States

## Copyright Claimant

- **Copyright Claimant:** Tyrone Acierto
  6313 W MONTROSE AVENUE, Chicago, IL, United States

## Certification

- **Name:** Daniel Lachman
- **Date:** November 07, 2024

**Copyright Office notes:** Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102(a), and 113.

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-442-823**
Effective Date of Registration: November 07, 2024
Registration Decision Date: April 24, 2025

## Title
- **Title of Work:** Book Photo 3

## Completion/Publication
- **Year of Completion:** 2022
- **Date of 1st Publication:** February 03, 2022
- **Nation of 1st Publication:** United States

## Author
- **Author:** Tyrone Acierto
- **Author Created:** photograph
- **Citizen of:** United States

## Copyright Claimant
- **Copyright Claimant:** Tyrone Acierto
  6313 W MONTROSE AVENUE, Chicago, IL, 60634, United States

## Certification
- **Name:** Daniel Lachman
- **Date:** November 07, 2024

---

**Copyright Office notes:** Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102(a), and 113.

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-442-827**
**Effective Date of Registration:**
November 07, 2024
**Registration Decision Date:**
April 24, 2025

## Title

- **Title of Work:** Book Photo 4

## Completion/Publication

- **Year of Completion:** 2022
- **Date of 1st Publication:** February 03, 2022
- **Nation of 1st Publication:** United States

## Author

- **Author:** Tyrone Acierto
- **Author Created:** photograph
- **Citizen of:** United States

## Copyright Claimant

- **Copyright Claimant:** Tyrone Acierto
  6313 W MONTROSE AVE, Chicago, IL, 60634, United States

## Certification

- **Name:** Daniel Lachman
- **Date:** November 07, 2024

- **Copyright Office notes:** Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102(a), and 113.

Page 1 of 1